Order entered January 2, 2013



000003

In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00529-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KAWANNA THAPA, Appellee**

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F10-50956-K

## ORDER

Appellee Kawanna Thapa's December 21, 2012 Motion for Leave to File Late Appellee's Brief and Appearance of M. Michael Mowla as Appellee's Counsel is **GRANTED**. Appellee's Brief is **ORDERED** filed no later than January 31, 2013.

DAVID LEWIS
JUSTICE